

United States Bankruptcy Court
Eastern District of Virginia
7100 East Broad Street, Room 5180
Richmond, VA 23210

Robert Duke Jr.
American Law Group
1928 Arlington BLVD
Charlottesville, VA 22903

**NOTICE OF BANRUPTCY PLAN OBJECTION**
**Case: Maurice Carter 12-36808**   12-35809

Ladies and Gentleman,

Integrated Automobile Finance LLC D/B/A CNAC of Richmond objects to the plan proposed on November 19, 2012 for Maurice Carter case 12-36808 for several reasons

If the proposed plan calls for only $100 per month for 36 months, even at an interest rate of 5.25% (on an crammed down unpaid balance of $12,048), the numbers just will not work.

The loan does not amortize at this payment amount and therefore at the end of the bankruptcy Mr. Carter will have the same indebtedness on a vehicle that will be over thirteen (13) years old. The vehicle will no longer be under warranty and will be extremely expensive to maintain. The higher cost of ownership may lead Mr. Carter to further financial hardships. **As such, we believe Mr. Carter will receive no tangible benefit from this proposed solution**

Furthermore, the 5.25 % does not adequately cover CNAC's cost of capital. And it does not fairly and adequately compensate CNAC's credit risks associated with Mr. Carter both at the time of loan origination and during the bankruptcy period.

CNAC prefers to leave the original contract in place for the remaining term of the agreement. That said, we understand that Mr. Carter faces significant hardships during these difficult economic times. We propose that Mr. Carter pay $185.00 every other Friday beginning December 21, 2012 and ending Friday December 18 , 2015.

CNAC appreciates Mr. Carter's patronage; however, unless Mr. Carter accepts the terms set forth CNAC would require the vehicle be returned to 7400 Midlothian Turnpike, Richmond VA, 23235

Thank you for your consideration.

Sincerely,